IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LA'JAMES L. COCHRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-037 |
| | ) | |
| COUNSELOR SEAN GAMBLE, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Indeed, in his response to the Report and Recommendation, Plaintiff conveys that he agrees with the Magistrate Judge's conclusion that Defendant is not a state actor. (Doc. no. 11, pp. 1, 9.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for failure to state a federal claim upon which relief may be granted, **DISMISSES WITHOUT PREJUDICE** any potential state law claims, and **CLOSES** this civil action.

SO ORDERED this _6th_ day of May, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA